PORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOSEPH JACOBS, Respondent, v. SECOND AVENUE RAILROAD CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GEORGE B. ALEXANDER, Respondent, v. CARL KNIERIEM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LOUIS WITTERT VAN HOOGLAND, Respondent, v. HARRY L. RICE and Others, as Trustees of the Estate of WILLIAM B. RICE, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE TRAVELERS INSURANCE COMPANY, Respondent, v. LOUIS GROSS and MAMIE GROSS, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FORTY WALL STREET CORPORATION, Appellant, v. F. FRAZIER JELKE and Others, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THOMAS F. BARRETT, Respondent, v. NUMBER SEVEN FORTY-ONE FIFTH AVENUE CORPORATION, Defendant, Impleaded with THE NEW YORK TRUST COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GRACE E. LOWENDAHL, Appellant, v. BALTIMORE & OHIO RAILROAD COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SOLOMON ABRAMOWITZ, an Infant, by HEINRICH ABRAMOWITZ, His Guardian ad Litem, Respondent, v. G. M. N. REALTY CORPORATION and MARI ZELENKA, Appellants.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Martin, J., dissents and votes for reversal and dismissal of the complaint.

NEW MIAMI SHORES CORPORATION, Appellant, v. ABRAHAM GARFEIN, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BOOKBINDERS TRADE ASSOCIATION, INC., Respondent, v. JOHN B. HAGGERTY, Individually and as President of the International Brotherhood of Bookbinders, an Unincorporated Association of Trade Unions Throughout the United States and Canada, etc., and Others, Respondents, Impleaded with VINCENT J. FERRIS and Another, Defendants, and MARY J. MURPHY and Another, Appellants. (Action No. 1.) MARY J. MURPHY, as President of the Bindery Women's Local Union No. 43, International Brotherhood of Bookbinders, Appellant, v. JOHN B. HAGGERTY, Individually and as President, etc., and Others, Respondents. (Action No. 2.) — Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ELEANORE COX, Appellant, v. AMERICAN BANK NOTE COMPANY, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

* Affd., 263 N. Y. 645.